JOHN B. ROBINSON v. J. M. CROCKETT, EXECUTOR, &c.

The case of John M. Crockett, Executor, v. John B. Robinson, 20 Texas Reports, 487, cited and approved.

APPEAL from Dallas. Tried below before the Hon. Nat. M. Burford. .

For the facts of this case, see 20th Texas R., p. 487.

E. P. Nicholson, for appellant.

John M. Crockett, for appellee.

WHEELER, C. J.—This case was before the court on a former appeal. According to the construction then placed upon the law,

7

and particularly upon the act of the 21st of January, 1850, (Hart. Dig., Art. 2,229,) the judgment now rendered in the case is correct. We do not see cause to depart from the view of the law then declared; and are of opinion that the judgment be affirmed.

Judgment affirmed.